IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE D. JOHNSON,

    Petitioner,                    No. CIV S-03-1106 LKK GGH P

    vs.

JOE McGRATH, et al.,

    Respondents.                ORDER

_____/

        This petition for writ of habeas corpus was denied on August 24, 2005 and judgment entered accordingly. On January 5, 2007, the Ninth Circuit Court of Appeals affirmed the judgment.

        On February 5, 2007, petitioner filed an amended petition and objections to findings and recommendations. Petitioner's pleadings are not contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases.

/////

/////

/////

/////

/////

Accordingly, petitioner's pleadings filed February 5, 2007, will be placed in the file and disregarded.[1]

IT IS SO ORDERED.

DATED: 2/15/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
john1106.158ggh

---

[1] If petitioner wishes to file a second of successive petition, he must move in the Ninth Circuit for an order authorizing this court to consider the petition. 28 U.S.C. § 2244(b)(3)(A).